```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    NOTICE OF APPEARANCE
                                 :
        - v. -                   :    13 Cr. 242 (SAS)
                                 :
MARK ALLIE, et al.,              :
                                 :
    Defendants.                  :
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York

By:  _____s/ Jared Lenow_____
     Jared Lenow
     Assistant United States Attorney
     Tel: (212) 637-1068
     Fax: (212) 637-2443
     Email: jared.lenow@usdoj.gov

cc: All Counsel of Record (via ECF)