UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA                    :
                                            :   **ORDER**
         - against -                        :
                                            :   13 Cr. 242 (SAS)
MARK ALLIE et al.,                          :
                                            :
                        Defendants.         :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      For reasons stated on the record at the October 3, 2013 suppression hearing, Robert Henderson's motion to suppress a telephone seized during his arrest is denied. For reasons stated on the record at the November 27, 2013 conference, Steve Ramsnamy's motion for severance is granted, subject to the Government's decision to file a superceding indictment charging him in Count One of the Indictment. For the reasons stated on the record at today's conference, Robert Torres's motion to suppress his post-arrest statements and Christian Fabre's motion for a bill of particulars and additional discovery are denied and Luz Figueroa's motion to suppress her post-arrest statements and Jonathan Sambula's motion to suppress a telephone seized during his arrest are granted. The Clerk of the Court is directed to close these motions (Dkt. Nos. 96, 98, 103, 104, 106, 112, 114, 120, 122, 162).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 2, 2013

## - Appearances -

**For Plaintiff:**

Amy Ruth Lester
Jared P. Lenow
Jessica Ann Masella
Jessica Ortiz
Assistant U.S. Attorneys
U.S. Attorney's Office, Southern
District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2416
(212) 637-1068

**For Defendant Mark Allie:**

Melinda Marie Sarafa, Esq.
Sarafa Law, LLC
747 Third Avenue, 20th Floor
New York, NY 10017
(212) 785-7575

**For Defendant Jose Aviles:**

Matthew J. Kluger, Esq.
Law Offices of Matthew J. Kluger
184 East 161 Street, 2nd Floor
Bronx, NY 10451
(718) 293-4900

**For Defendant Zoa Briggs:**

Kelly Graves, Esq.
Joshua Klein, Esq.
Petrillo Klein & Boxer LLP
655 Third Ave, 22nd Floor
New York, NY 10017
(212) 370-0330

**For Defendant Andre Cunningham:**

George Robert Goltzer, Esq.
200 West 57th Street, Suite 900
New York, NY 10019
(212) 608-1260

**For Defendant Rachel Diaz:**

Calvin Harold Scholar, Esq.
The C.H. Scholar Law Firm
270 North Ave, Suite 202
New Rochelle, NY 10801
(914) 813-8989

**For Defendant Haranakk Dingle:**

Winston Lee, Esq.
20 Vesey Street, Suite 400
New York, NY 10007
(212) 267-1911

**For Defendant Christian Fabre:**

Karloff Cylton Commissiong, Esq.
Adams & Commissiong LLP
65 Broadway, Suite 715
New York, NY 10006
(212) 430-6590

**For Defendant Noel Feliciano:**

Peter E. Brill, Esq.
Brill Legal Group
15 Maiden Lane, Suite 1500
New York, NY 10038
(212) 233-4141

**For Defendant Luz Figueroa:**

Walter Staunton Mack, Jr, Esq.
Doar, Rieck, Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
(212) 619-3730

**For Defendant Damon Grooms:**

Steven Gary Brill, Esq.
Sullivan & Brill, LLP
115 Broadway, 17th Flr.
New York, NY 10006
(212) 566-1000

**For Defendant Jeffrey Gutierrez:**

David Touger, Esq.
Peluso & Touger
70 Lafayette Street
New York, NY 10013
(212) 608-1234

**For Defendant Luis Guzman:**

Neil Bruce Checkman, Esq.
Law Offices of Neil B. Checkman
111 Broadway, Suite 1305
New York, NY 10007
(212) 264-9940

**For Defendant Robert Henderson:**

Mary Lency Bejarano Cuellar, Esq.
Law Office of Mary L. Bejarano, PC
118-21 Queens Blvd., Suite 606
Queens, NY 11375
(718) 408-1620

Susan Gail Kellman, Esq.
Law Offices of Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
(718) 783-8200

**For Defendant Darnell Hopkins:**

Richard Bruce Lind, Esq.
880 Third Ave, 13th Floor
New York, NY 10022
(212) 888-7725

**For Defendant Max Jordan:**

John Anthony Diaz, Esq.
Law Offices of John Anthony Diaz
153-01 Jamaica Avenue, Suite 201
Queens, NY 11432
(347) 387-7286

Margaret M. Shalley, Esq.
Margaret M. Shalley & Associates, LLC
225 Broadway, Suite 715
New York, NY 10007
(212) 571-2670

**For Defendant Jason Lewis:**

Jeffrey G. Pittell, Esq.
299 East Shore Road
Great Neck, NY 11023
(516) 829-2299

**For Defendant Michael McDuffie:**

Martin Geduldig, Esq
400 S. Oyster Bay Road, Suite 304
Hicksville, NY 11801
(718) 343-8989

**For Defendant Edward Alexis Medrano:**

Donald Joseph Yannella, III, Esq.
Donald Yannella P.C.
233 Broadway, Suite 2370
New York, NY 10279
(212) 226-2883

**For Defendant Jonathan Mirabel:**

Karen Elizabeth Abravanel, Esq.
Harry H. Rimm, Esq.
Sullivan & Worcester LLP(NY)
1633 Broadway, 32nd Floor
New York, NY 10019
(212) 660-3000

**For Defendant Guillermo Ortiz:**

Irving Cohen, Esq.
Irving Cohen, Attorney-At-Law
233 Broadway Suite 2701
New York, NY 10279
(212) 964-2544

Joyce Clemow London, Esq.
Law Office of Joyce C. London
20 Vesey Street, Suite 400
New York, NY 10007
(212) 964-3700

**For Defendant Steve Ramsnamy:**

Richard Franklin Albert, Esq.
Lawrence S. Bader, Esq.
Peter Alexander Janowski, Esq.
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9640

**For Defendant Jonathan Sambula:**

Stewart Leigh Orden, Esq.
2 Gannett Drive, Suite 418
White Plains, NY 10604
(914) 393-9450

**For Defendant Katherine Soriano (a/k/a FNU LNU):**

Damien Matthew Brown, Esq.
Law Offices of Damien Brown
26 Court Street, Suite 603
New York, NY 11242
(646) 281-1529

Richard L. Giampa, Esq.
860 Grand Concourse - Suite 1-H
Bronx, NY 10451
(718) 665-7700

**For Defendant Jamaine Taylor:**

Florian Miedel, Esq.
Miedel & Mysliwiec
111 Broadway, Suite 1401
New York, NY 10006
(212) 616-3042

**For Defendant Robert Torres:**

Sean Michael Maher, Esq.
The Law Offices of Sean M. Maher, PPLC
233 Broadway, Suite 801
New York, NY 10279
(212) 661-5333

**For Defendant Jose Vera:**

Allan Paul Haber, Esq.
Law Office of Allan P. Haber
111 Broadway, Suite 701
New York, NY 10006
(212) 233-4411

Hector Benjamin Perez, Esq.
350 Broadway, Suite 1207
New York, NY 10013
(212) 226-8426

**For Defendant David Wilson:**

Sam A. Schmidt, Esq.
111 Broadway, Suite 1305
New York, NY 10006
(212) 346-4666