## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 65 BROADWAY SUITE 715 | | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | | WWW.AMCMLAW.COM |

April 28, 2014

**VIA E.C.F.**

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>United States</u> v. <u>Mark Allie</u>, <u>et al</u>. including <u>Christian Fabre</u>, 13 Cr. 242 (SAS) -
  Request for Adjournment of Sentencing

Dear Judge Scheindlin:

I represent Mr. Christian Fabre in the above referenced matter.  Sentencing in this matter is scheduled for Wednesday, May 7, 2014.  I respectfully request a brief two-week adjournment until Wednesday, May 21, 2014.  There is important information about the defendant that I need to gather from the defendant's family.  A brief adjournment would allow me the time necessary to gather that information.  I have received the first draft of the P.S.R. and reviewed it with my client.  I expect to receive the addendum to the P.S.R. this week.  This is the first request by the defense for an adjournment of the sentencing.  I have communicated with A.U.S.A. Jared Lenow and he has consented to the adjournment.

Respectfully Requested,

Karloff C. Commissiong, Esq.


cc:  A.U.S.A. Jared Lenow (Via E.C.F. and Electronic Mail)