## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 65 BROADWAY SUITE 715 | | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | | WWW.AMCMLAW.COM |

May 7, 2014

**VIA E.C.F.**

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: United States v. Mark Allie, et al. including Christian Fabre, 13 Cr. 242 (SAS) -
    Request for Adjournment of Sentencing

Dear Judge Scheindlin:

I represent Mr. Christian Fabre in the above referenced matter.  Sentencing in this matter is scheduled for Thursday, May 22, 2014, at 4:30p.m.  I respectfully request a brief adjournment in this matter to Tuesday, May 27, 2014 or Wednesday, May 28, 2014.  I have a scheduling conflict on the current date of sentencing.  I will be attending my sister's graduation, scheduled on May 22, 2014, at 6:00p.m., in White Plains, N.Y.  I have communicated with A.U.S.A. Jared Lenow and he has consented to the adjournment.  This is the second request by the defense for an adjournment of the sentencing.  The first request was granted.

Respectfully Requested,

Karloff C. Commissiong, Esq.

cc:  A.U.S.A. Jared Lenow (Via E.C.F. and Electronic Mail)