

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2014

By Facsimile and Electronic Mail
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/14
```

    Re:    United States v. Mark Allie, et al.,
            13 Cr. 242 (SAS)

Dear Judge Scheindlin:

      The Government writes to respectfully request an adjournment of the deadline for filing the pretrial motions *in limine* in this case. The defendants remaining in the case join in that request and do not object. This case is scheduled to begin trial on July 7, 2014. The parties' motions *in limine* are due today. While the Government does not currently intend to file any motions *in limine*, during the past several weeks, it has narrowed the scope of this case and had productive plea discussions with the majority of the defendants. In particular, at this point, ten of the twenty-eight defendants have already pleaded guilty, one more is scheduled to plead next week, and the Government is having plea discussions with at least seven other defendants that will likely result in pleas. Thus, as the Government focuses on the few remaining defendants who may proceed to trial, it anticipates that it may identify motions *in limine* particular to those defendants. The Government requests an additional three weeks, until June 13, 2014, to file any such motions, and requests on behalf of the defendants that they be allowed the same deadline. Thank you for your consideration of these matters.

Respectfully submitted,
PREET BHARARA
United States Attorney

           /s/
By: Jessica Masella/Jared Lenow
Assistant United States Attorneys
Telephone: (212) 637-2288/1068
Facsimile: (212) 637-0084

cc: All counsel by electronic mail

*[Handwritten note from Judge:]* Request granted. All motions in limine to be filed by June 13, responses June 20, replies by June 25. No further extensions will be granted for any reason. So Ordered. [signature] 5/23/14