

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2014

**By Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/14
```

      Re: United States v. Mark Allie, et al.,
           13 Cr. 242 (SAS)

Dear Judge Scheindlin:

      The Government writes to respectfully request an adjournment of the deadline for filing the request to charge and voir dires in this case which are due on June 6, 2014. The defendants remaining in the case do not object. This case is scheduled to begin trial on July 7, 2014. The Government is requesting this adjournment, in part, because during the past several weeks, it has narrowed the scope of this case and had productive plea discussions with the majority of the defendants. In particular, at this point, ten of the twenty-eight defendants have already pleaded guilty, one more is scheduled to plead tomorrow, two are scheduled to plead next week with additional pleas anticipated, and the Government is having plea discussions with all remaining other defendants that will likely result in pleas. The Government requests an additional two weeks, until June 20, 2014 to file the proposed request to charge and voir dire. Thank you for your consideration of these matters.

                                    Respectfully submitted,
                                    PREET BHARARA
                                    United States Attorney

                                  /s/
                              By: Jessica Masella/
                                   Jared Lenow/Jessica Ortiz
                              Assistant United States Attorneys
                              Telephone: (212) 637-2200
                              Facsimile: (212) 637-0084

cc:    All counsel by electronic mail

*[Handwritten note:] This letter dated June 5 was in fact faxed on June 6, the due date for the Government's submission. Despite the tardy request the government may submit its request to charge and voir dire on June 20, 2014. So Ordered. [signature] 6/6/14*

Rev. 10/21.2013