# SARAFA LAW LLC

Melinda Sarafa
msarafa@sarafalaw.com

747 Third Avenue, Floor 20
New York, NY 10017
T: 212 785 7575
F: 212 785 7577
www.sarafalaw.com

June 17, 2014

**By ECF and Fax (212-805-7920)**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  **United States v. Mark Allie**
>       **13-CR-242 (SAS)**

Dear Judge Scheindlin:

I have served as CJA counsel to defendant Mark Allie in the above-referenced case since my appointment on April 5, 2013. Recently I accepted a position as in-house counsel at an investment advisory firm, where I am scheduled to being working full-time on July 1, 2014. As I will not be able to represent Mr. Allie once I begin the new job, I respectfully request that the Court permit me to withdraw as counsel for Mr. Allie and appoint substitute counsel. I note that Mr. Allie has entered a plea of guilty in this case and is scheduled to be sentenced on August 19, 2014. The Probation Department has conducted its presentence interview of Mr. Allie. I respectfully submit that it is in the best interest of Mr. Allie to have substitute counsel appointed at this stage of proceedings so that new counsel has sufficient time to become familiar with the case and avoid any unnecessary delay of the proceedings.

I have discussed this matter with Mr. Allie and notified Assistant United States Attorney Jessica Masella. I will of course provide all assistance necessary to ensure a smooth transition to new counsel.

Respectfully,

Melinda Sarafa

cc:   AUSA Jessica Masella
       Mark Allie (by U.S. Mail)