UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :    **NOTICE OF APPEARANCE AND**
           v.                     :    **REQUEST FOR ELECTRONIC**
                                  :    **NOTIFICATION**
MARK ALLIE, et al.,               :
                                  :    **13 Cr. 242 (SAS)**
           Defendants.            :
                                  :
- - - - - - - - - - - - - - - - - X

TO: Clerk of Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

                    By: /s/_____
                        Joshua A. Naftalis
                        Assistant United States Attorney
                        (212) 637-2310