# UNITED STATES DISTRICT COURT
for the

| United States of Americal | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Cr. 242 |
| | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Allie pursuant to the Crimnal Justice Act

Date: 08/08/2014

*[signature]*
*Attorney's signature*

Thomas Francis Dunn - 7934
*Printed name and bar number*

225 Broadway, Suite 1515
New York, New York 10007

*Address*

thomasdunnlaw@aol.com
*E-mail address*

(212) 941-9940
*Telephone number*

(212) 693-0090
*FAX number*