*Law Offices of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 783-8200*                                                     *Fellow, American College*
*Telefax: (718) 783-8226*                                                              *Of Trial Lawyers*
                    *e-mail: kellmanesq@aol.com*

                                                                                                September 16, 2014

**Via ECF and Regular Mail**
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                                                            Re:  U.S. v. Robert Henderson
                                                                   13 Cr. 242 (SAS)

Dear Judge Scheindlin:

    Counsel represents the above-referenced defendant, Robert Henderson, pursuant to the Criminal Justice Act.

    Mr. Henderson is scheduled to be sentenced by Your Honor on Wednesday, October 15, 2014. Counsel, however, has just begun a trial before Hon. Paula A. Engelmayer which is expected to last several months. I have forwarded a copy of the PreSentence Report, received earlier today, to Mr. Henderson at the MDC. I will make every effort to review the report with Mr. Henderson as quickly as possible; however, in light of the timing, counsel respectfully requests an adjournment of Mr. Henderson's sentencing until a Friday in December that is convenient to the Court.

    The Court's attention to this matter is appreciated.

                                                                                    Respectfully submitted,

                                                                                    Susan G. Kellman

cc:  Jared Lennow, Esq.
      Asst. United States Attorney

      Mary Bejarano, Esq.

      Robert Henderson