**Donald Yannella, P.C.**
**Attorney at Law**
Member of NY & NJ Bars
**233 Broadway, Suite 2370**
**New York, NY 10279**

Tel: (212) 226-2883
Fax: (646) 430-8379
nynjcrimlawyer@gmail.com

October 21, 2014

Hon. Shira Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: US v Allie, Edward Alexis Medrano, et. al.
     13 Cr. 242 (SAS)

Dear Judge Scheindlin:

  I am counsel for Edward Alexis Medrano, who is scheduled to be sentenced on October 28, 2014.

  With the consent of AUSA Jared Lenow, I respectfully request that the sentencing be adjourned for thirty days.

  The adjournment is necessary to adequately prepare for sentencing. Mr. Medrano is a Career Offender, and I am still in the process of reviewing medical and court records that I obtained. The original sentence date was August 25, 2014, and my one prior request for an adjournment was granted.

         Sincerely,

         /s/

         Donald J. Yannella, Esq.