**STEWART L. ORDEN**
**ATTORNEY AT LAW**
2 WESTCHESTER PARK DRIVE SUITE 418
WHITE PLAINS, NEW YORK 10604
TEL. (914) 393-9450
FAX. (914) 472-1111
E-MAIL STEWARTORDEN@STEWARTORDEN.COM
WWW.STEWARTORDEN.COM

November 3, 2014

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF

RE:     *United States v Allie et. al., (Jonathan Sambula)*
        13-CR-242

Dear Judge Scheindlin,

      Mr. Sambula is presently scheduled for sentencing on November 25, 2014. Mr. Sambula is trying to take care of some family matters and it is taking longer than anticipated. I am writing to respectfully ask for an adjournment of Mr. Sambula's sentence until a date in January that is convenient to the Court. The government consents to this request.

Respectfully,

_____

Stewart L. Orden

cc:     Jared Lenow, Esq.
        by email