**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF**

December 17, 2014

Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Allie</u>
          13 Cr. 242(SAS)

Dear Judge Scheindlin:

      I write to request an adjournment of the sentence of my client, Mark Allie, presently scheduled for December 31st at 4:30 p.m.  The reason for this request is that I have a family commitment that day out of State..  I request a date during the first week in January for the sentence or some date thereafter convenient to the Court.

      Assistant U.S. Attorney Jared Lenow advised that he has no objection to this request.

      Thank you for your consideration of this request.

                                      Respectfully yours,
                                                  /s/
                                            Thomas F.X. Dunn

Cc: Jared Lenow, AUSA
    (by ECF & email)