

THOMAS F. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**CHAMBERS COPY**

By ECF

December 17, 2014

Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

Re: United States v. Allie
    13 Cr. 242(SAS)

Dear Judge Scheindlin:

*Request granted. The sentencing scheduled for December 31, 2014 is adjourned and rescheduled for January 23, 2015 at 4:30 pm.*
*SO ORDERED*
*Shira A. Scheindlin, USDJ*
*12/17/14*

 I write to request an adjournment of the sentence of my client, Mark Allie, presently scheduled for December 31st at 4:30 p.m. The reason for this request is that I have a family commitment that day out of State.. I request a date during the first week in January for the sentence or some date thereafter convenient to the Court.

 Assistant U.S. Attorney Jared Lenow advised that he has no objection to this request.

 Thank you for your consideration of this request.

                                        Respectfully yours,
                                        Thomas F.X. Dunn

Cc: Jared Lenow, AUSA
    (by ECF & email)